NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**AGENCY FOR INTERNATIONAL DEVELOPMENT,**
*Respondent.*

---

2013-3160

---

Petition for review of the Merit Systems Protection Board in No. PH1221130310-W-1.

---

**ON MOTION**

---

## O R D E R

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ASATOV V. AID                                                    2

                                        FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk

s21